1            UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF TEXAS (SHERMAN DIVISION)

3   UNITED STATES OF AMERICA,
                                    Case No. 4:20-cr-00314-ALM-
4                Plaintiff,         CAN-1

5   v.                             Sherman, Texas
                                    March 18, 2021
6   ERIC RYAN ROBERTS,              12:40 p.m.

7                Defendant.

8

9               TRANSCRIPT OF MOTIONS HEARING
            BEFORE THE HONORABLE CHRISTINE A. NOWAK
10              UNITED STATES MAGISTRATE JUDGE

    APPEARANCES:
11  For the Plaintiff:          Ernest Gonzalez, Esq.
                                U.S. Attorney's Office
12                              101 E. Park Boulevard
                                Suite 500
13                              Plano, TX 75074

14  For the Defendant:          Thomas W. Mills, Jr., Esq.
                                Tom Mills Criminal Law, PLLC
15                              McKinney Place
                                3131 McKinney Avenue
16                              Suite 800
                                Dallas, TX  75204
17
    Court Recorder:            Digital Recording
18
    Transcription Service:     Chris Hwang
19                              Abba Reporting
                                PO Box 223282
20                              Chantilly, Virginia  20153
                                (518) 302-6772
21

22

23

24  Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.
25

```
 1              (Call to order at 12:40 p.m.)

 2                   THE COURT:  At this time, the Court's going to go

 3      ahead and call cause number 420CR314, the United States of

 4      America v. Eric Ryan Roberts.  If I could have an appearance at

 5      this time on behalf of the Government?

 6                   MR. GONZALEZ:  Your Honor, Ernest Gonzalez for the

 7      Government.  The Government's ready to proceed.

 8                   THE COURT:  Thank you.

 9                   If I could have an appearance on behalf of Mr.

10      Roberts?

11                   MR. MILLS:  Tom Mills, representing Mr. Roberts.

12                   THE COURT:  Thank you, Mr. Mills.

13                   And Mr. Roberts, sir, can you please tell me your

14      full name?

15                   THE DEFENDANT:  Eric Roberts.

16                   THE COURT:  Thank you.

17                   Now, gentlemen, we were scheduled to proceed here

18      today in this cause on the motion to compel filed by Mr. Mills

19      on Mr. Roberts' behalf, same Docket Number 80.

20                   The parties have further agreed that we may proceed

21      to discuss Docket Number 94, which is Roberts' second motion

22      filed under seal for production of discovery.  So we will be

23      addressing here today both Docket Number 80, as well as 94.

24                   And I will just note for purposes of the record, the

25      Court reviewed in advance of today's hearing all the filings
```

1    relevant to each of those reference motions, including as well

2    Dockets 82, 88, 90, and 93.

3          The parties have an opportunity to meet and confer at

4    length here today in light of the Court's delay in reaching

5    this conference regarding each of the issues that were

6    presented by Mr. Roberts' Motions to Compel.

7          And the Court's understanding at this juncture

8    following each of those communications by the parties is that

9    you all were able to reach agreement on each and every one of

10   the issues that were set forth in the Motion to Compel.  And as

11   a result at this time, we're going to go ahead and go through

12   each of those issues by one -- one by one and just have you all

13   state the agreements that have been reached.

14         At the outset, I will note it's the Court's

15   understanding that the Government has prepared a second hard

16   drive for Mr. Roberts and his counsel, Mr. Mills.

17         It's believed hopefully that that hard drive will be

18   available later today.  And it's Mr. Mills' intention to send a

19   courier to the United States Attorneys' Office to pick it up

20   once he's notified that it is ready.

21         Mr. Gonzalez, is that accurate?

22         MR. GONZALEZ:  That is correct, Your Honor.

23         THE COURT:  And Mr. Mills, do you concur?

24         MR. MILLS:  I do, Your Honor.

25         THE COURT:  So turning to the issues that were the

1    subject of the Motion to Compel, being Docket Number 80, first,

2    there was an issue as it related to the bills of particulars.

3    Defendant averred that it only had the third and fourth bills

4    of particular and requested production of the first and second.

5           The Government has produced the first bill of

6    particulars and has advised that there is in fact no second,

7    that no second bill of particulars exists.

8           Mr. Gonzalez, is that an accurate statement?

9           MR. GONZALEZ:  That is correct, Your Honor.

10          THE COURT:  And, Mr. Mills, based upon that

11   understanding, there has been an agreement reached as it

12   relates to issue number 1 and that's no longer a disputed item

13   for the Court to determine; is that correct?

14          MR. MILLS:  That is correct.

15          THE COURT:  Then let's go ahead and move to issue

16   numbers 2 and 3.  I'll take those up together.  Issue number 2

17   is the names of the people indicted and known to the grand jury

18   that Mr. Roberts is alleged to have conspired with, as well as

19   an unredacted copy of the indictment.

20          The Court's understanding that in light of recent

21   arrests, the parties have reached agreement as it relates to

22   both issues 2 and 3.

23          Is that correct, Mr. Gonzalez?

24          MR. GONZALEZ:  Yes, Your Honor.

25          THE COURT:  And Mr. Mills?

1          MR. MILLS:  Yes, Your Honor.

2          THE COURT:  And turning to issue number 4, issue

3    number 4 involves calculations and data to determine there was

4    a conspiracy to distribute more than 90,000 kilograms of a

5    substance containing a detectable amount of marijuana.

6          Based upon the Court's understanding of the parties'

7    discussion, the 90,000 kilograms represents an amount

8    attributable to the total or entire conspiracy.

9          And the parties have reached agreement that the

10   Government, by and through Mr. Gonzalez, will turn over to Mr.

11   Roberts all documentation that identifies seizures, which would

12   include things such as lab reports.

13         Mr. Gonzalez, have I accurately stated the agreement

14   reached?

15         MR. GONZALEZ:  That is correct, Your Honor.

16         THE COURT:  Anything further from that should be

17   placed on the record as it relates to the agreement in

18   connection with issue number 4?

19         MR. GONZALEZ:  No, Your Honor.  It was understood

20   that it refers to any documents that indicate quantities, as

21   well as any supporting documentation as to those quantities

22   would be provided to Defense counsel.  We discussed possible

23   testimony as to those quantities.  That would not be turned

24   over at this time.

25         THE COURT:  All right, thank you.

1           And, Mr. Mills, does that accurately reflect the

2      agreement that has been reached, sir?

3           MR. MILLS:  It does reflect.

4           THE COURT:  And so, as a result of that, at this

5      time, that's no longer a disputed issue between the parties; is

6      that correct?

7           MR. MILLS:  It is correct.

8           THE COURT:  Then let us go ahead and turn to issue

9      number 5.  Issue number 5 as stated in the motion was

10     documents, notes, surveillance videos and any other data

11     corroborating or proving that Mr. Roberts sold or conspired to

12     sell marijuana to an undercover person.

13          It's the Court's understanding that following

14     communications between both the Government and Defense counsel,

15     that it was identified that that statement would have been more

16     accurately stated as instead of to an undercover person, a

17     cooperating defendant post-arrest.  And all documentation

18     surrounding that arrest is being provided to Mr. Mills.

19          Is that correct, Mr. Gonzalez?

20          MR. GONZALEZ:  That is correct, Your Honor.

21          THE COURT:  All right, Mr. Mills?

22          MR. MILLS:  It is.  It is.  And I maybe should wait

23     till you're finished, but all of this is subject to me, as the

24     Court knows, Mr. Gonzalez's looking at on the hard drive,

25     second hard drive, and seeing these are other things -- are

1   other things I can't find or need.

2            THE COURT:  Correct, but it's your understanding at

3   this time that Mr. Gonzalez has agreed to provide to you all

4   documentation surrounding the arrest of the cooperating

5   Defendant?

6            MR. MILLS:  Correct.

7            THE COURT:  And so, that's no longer a disputed issue

8   that you require the Court's attention --

9            MR. MILLS:  Yes.

10            THE COURT:  -- require the Court's relief?

11            MR. MILLS:  Yes, Your Honor.

12            THE COURT:  Okay, all right, so we're going to go

13   ahead and turn to issue 6.  Issue 6 is documents or a summary

14   of testimony that establishes venue in the Eastern District of

15   Texas.  There are actually a number of issues related to venue

16   that the parties have raised.

17            So just generally as it relates to that, Mr. Gonzalez

18   has my understanding represented that to the extent there are

19   documents, including receipts, toll records, or hotel bills

20   categorized as miscellaneous documents, he anticipates those

21   would be included in the second hard drive that will be

22   provided to Mr. Mills and that he would further seek to

23   establish venue by and through testimony from witnesses that

24   there was travel through the Eastern District of Texas.

25            So as it relates to the more general issue of venue,

1    my understanding is the parties have reached agreement that

2    those documents will be provided or have been provided to Mr.

3    Mills.

4              As it relates to the 924(c), there's also a question

5    as to whether or not venue is appropriate related to the

6    firearm as it -- because it was seized in the Northern District

7    of Texas.

8              And Mr. Mills has noted to the Court that while with

9    his and Mr. Gonzalez's agreement, he may be in possession of

10   all documents related to the issue of venue, he is reserving

11   the right to challenge venue both on the 924(c) and other

12   charges in this case.

13             Let me ask Mr. Gonzalez.  Have I accurately stated

14   the agreement that's been reached by the parties on the venue

15   issues?

16             MR. GONZALEZ:  That's correct, Your Honor.

17             THE COURT:  And Mr. Mills?

18             MR. MILLS:  Yes, Your Honor.

19             THE COURT:  And so, there's no further requested

20   relief from the Court on the discovery issues?

21             MR. MILLS:  Correct.

22             THE COURT:  All right, then let's turn to issue 7.

23   Issue 7 is copies of texts between a Mr. Terry and Mr. Roberts

24   about large-scale marijuana and other THC transactions.

25             My understanding is that included in that second hard

1    drive are going to be phone dumps.  And the phone dumps will

2    include any texts that are available.

3          Is that correct, Mr. Gonzalez?

4          MR. GONZALEZ:  Yes, Your Honor.  And Mr. Mills and I

5    have had several conversations about this, why the Government

6    hadn't turned over that particular phone dump before, but he

7    understood why, but it is being duplicated and will be

8    available for his office to pick up later today or Friday

9    morning at the latest.

10          THE COURT:  All right.  And so, let me just confirm,

11   Mr. Mills, is that an accurate summary of the agreement that

12   has been reached?

13          MR. MILLS:  Yes, Your Honor.

14          THE COURT:  And with that agreement, are there any

15   other disputed issues that you're asking for the Court to

16   resolve?

17          MR. MILLS:  Not at this time, Your Honor.

18          THE COURT:  All right, that concludes each of the

19   issues that were presented by Docket Number 8.

20          Certainly, Mr. Mills, I understand that each of the

21   agreements that have been reached here today are without

22   prejudice to your right to re-raise the issue of any future

23   discovery, once you've had a full and fair opportunity to

24   review the second hard drive that will be provided to you

25   either later today or tomorrow.

1          We do need now, gentlemen, to turn and to discuss

2      Docket Number 94, which is the second motion, which relates to

3      documents from Mexico.

4          My understanding following conference with each of

5      the parties is that the Government has represented it does not

6      have any documents from Mexico, but that again, any documents

7      that are relevant to the case are being provided to Mr. Mills

8      on the second hard drive.

9          Mr. Gonzalez, is that an accurate recitation of the

10     agreements reached?

11         MR. GONZALEZ:  Yes, Your Honor.

12         THE COURT:  Mr. Mills?

13         MR. MILLS:  Yes, from Mexico and involving either

14     border crossings or financial transactions to and from Mexico,

15     but Mr. Gonzalez has addressed that as well and simply says, to

16     his knowledge, he doesn't have anything or the Government

17     doesn't have anything.

18         THE COURT:  And so, that with that understanding of

19     the agreements between yourself and Mr. Gonzalez, are there any

20     further issues or disputes that you have, that you're asking

21     the Court to resolve at this time?

22         MR. MILLS:  Not at this time.

23         THE COURT:  Okay, so as a result of that, Mr. Mills,

24     I believe that that concludes each and every one of the issues

25     that you've raised in each of Docket Number 80 and Docket

1    Number 94.

2            It would be the Court's intention to deny each of

3    those Motions to Compel as moot in light of the agreements that

4    have been reached, reserving to you obviously the right to re-

5    raise the issues should there be any, following your review of

6    that second hard drive.  Is there any opposition, sir, to the

7    Court proceeding in that manner?

8            MR. MILLS:  No, Your Honor.

9            THE COURT:  Then I do deny each of those Motions to

10   Compel as moot at this time in light of the agreements that are

11   reached.  And I will again just remind you to the extent you do

12   desire to continue challenge venue, that a separate motion will

13   be required as it relates to those particular issues.

14           Let me ask at this time, Mr. Gonzalez, anything

15   further as it relates to Mr. Roberts?

16           MR. GONZALEZ:  Not now, Your Honor.

17           THE COURT:  Anything further, Mr. Mills, at this

18   time?

19           MR. MILLS:  Let me just raise this.  We've discussed

20   a joint motion regarding -- because of largely based on the

21   hard drive, the second hard drive, but a motion regarding

22   complex litigation and a trial continuance that we will discuss

23   this and file appropriate documents.

24           MR. GONZALEZ:  That's right, Your Honor.  I indicated

25   to Mr. Mills that I would be filing a motion designating this

1    case as complex.

2              Obviously, I have to get the approval of the other

3    attorneys that represent co-defendants, but I will be filing

4    that.

5              And also, I've indicated to Mr. Mills that I don't

6    have an objection to a continuance on this case, so that he

7    would have ample opportunity to review any discovery.

8              THE COURT:  All right, and Mr. Mills, any formal

9    motion for continuance that you filed in light of Mr.

10   Gonzalez's statement, you can include that on the certificate

11   of conference.

12             I will just tell you, each of those particular

13   motions designated in a case is complex.  And continuing trial

14   date, those are motions that will need to be signed by the

15   District Court.  And so, I can't give you any relief or advise

16   you as to how those motions will be ruled on at this time.  Do

17   you understand?

18             MR. MILLS:  I do.

19             THE COURT:  All right, there being nothing further

20   then, gentleman, you are excused.  Thank you all, so much for

21   your patience with us today.  We are very appreciative.

22             MR. GONZALEZ:  Thank you.

23             MR. MILLS:  Thank you, Your Honor.

24             THE COURT:  Thank you.

25        (Proceedings concluded at 12:50 p.m.)

1                              **CERTIFICATE**

2

3

4            I, Chris Hwang, court approved transcriber, certify

5    that the foregoing is a correct transcript from the official

6    electronic sound recording of the proceedings in the above-

7    entitled matter.

8

9

10

11

12

13    _____            April 22, 2021

14    Chris Hwang                   Date

15    Transcriber

16

17

18

19

20

21

22

23

24

25