IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Case No.: 4:20-CR-00314-ALM-CAN |
| | § | |
| ERIC ROBERTS (1) | § | |

## DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED DATE | ADMITTED? |
|---|---|---|---|
| 1 | Transcript of Motion for Discovery Hearing | | |
| 2 | Transcript of Chautin Deposition | | |
| 3 | Government's Search Timeline | | |
| 4 | Medford Police Department Investigation 15-463 | | |
| 5 | Text message from "Kelvin" inspected by Mesquite police | | |
| 6 | 10333 Denton Drive Unit 303 CCTV Surveillance Notes | | |
| 7 | 10333 Denton Drive #303, Dallas Search Warrant Affadavit | | |
| 8 | Signed Manana Lease | | |
| 9 | Manana Floor Plan | | |
| 10 | HIA Member Code of Ethics | | |
| 11-b | Photographs of CBD Hemp Flower Product purchased at CBD Kratom, Dallas, TX on 12/21/2022 | | |
| 12-b | Photographs of THC-0 Hemp Edible Product from Zar Wellness, Wautega TX on Oct 3rd 2022 | | |
| 13-b | Photographs of CBD Cartridge purchased at CBD Kratom, Dallas, TX on 12/21/2022 | | |
| 14 | *Encyclopedia Britannica* photograph of industrial hemp | | |
| 15 | Photograph of alleged Marijuana flower in bag found at Clover Haven | | |

| | | | |
|---|---|---|---|
| 16 | Photograph of alleged Marijuana THC Cartridge found at Clover Haven | | |
| 17 | Photograph of alleged Marijuana Edible Product found at Aintree | | |
| 18 | Photograph of Marijuana plant | | |
| 19 | Texas Farm Bill | | |
| 20 | Amazon Statement after discontinuing partnership with FedEx | | |
| 21-a | Official videography from Lucky Leaf Expo Dallas CBD and Hemp Event – Irving, 2019 | | |
| 21-b | Lucky Leaf Cannabis, Hemp, CBD Expo Dallas 2019 website advertisement | | |
| 21-c | Lucky Leaf Cannabis, Hemp, CBD Expo Dallas 2019 Facebook advertisement | | |
| 22 | Lucky Leaf Cannabis, Hemp, CBD Expo Dallas 2021 advertisement | | |
| 23 | Screenshot of CV Sciences Website | | |
| 24 | Screenshot of Mountain Sciences Facebook | | |
| 25 | Screenshot of Courier Labs Instagram Account | | |
| 26-28 | RESERVED | | |
| 29 | 303 Storquest Storage Unit Contract | | |
| 30 | Photos 2940 Flamingo Circle | | |
| 31 | 2940 Flamingo Circle Appraisal | | |
| 32 | Photos of Aintree | | |
| 33 | RESERVED | | |
| 34 | Photos of 5722 Winton Street | | |
| 35 | Letter addressed to Nick at Winton | | |
| 36 | Photos of Donald Blanco Home | | |
| 37 | Cubed Holdings. LLC Articles of Incorporation | | |
| 38 | Website Information for Cubed Nano, LLC | | |
| 39 | Appraisal of 2008 Temperate Drive, Allen TX | | |
| 40 | Nicholas Simonds Voting Record | | |
| 41 | Appraisal of 2940 Flamingo Circle | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 42 | Appraisal of 6651 Aintree Circle | | |
| 43 | Appraisal of 5722 Winton Street | | |
| 44 | Appraisal of 1212 Province Ln | | |
| 45-48 | RESERVED | | |
| 49 | 6/25/2019 Correspondence re: Angie's List | | |
| 50 | Cinnamon Malmgren Bar Records | | |
| 51 | Photos and Instagram of Pink Sugar Studios | | |
| 52 | LinekdIn Resume of Eric Roberts | | |
| 53 | Certificate of Formation for Roberts Elite Group, LLC | | |
| 54 | Assumed Name Certificate for Roberts Elite Group, LLC | | |
| 55 | Master EFA Agreement for Roberts Elite Group, LLC | | |
| 56 | PayPal Business Loan Agreement by Roberts Elite Group, LLC | | |
| 57 | Capital One bank statements – Roberts Elite Group, LLC DBA Elite Contractors Group | | |
| 58 | Certificate of Filing for Elite Contractors Group | | |
| 59 | Assumed Name Certificate with Secretary of State for Elite Contractors Group | | |
| 60 | Certificate of Formation for Elite Custom Designs, LLC | | |
| 61-a | Certificate of Filing for Elite Custom Designs, LLC | | |
| 61-b | Certificate of Filing for Elite Custom Designs, LLC, Assumed Name Elite Contractors Group | | |
| 61-c | Certificate of Filing for Elite Custom Designs, LLC, Assumed Name Texas Cane Corso | | |
| 62 | Firearms Purchase Paperwork for Eric Ryan Roberts | | |
| 63 | Certificate of Filing for Elite Auto Group | | |
| 64-a | 2019 Records of Dog Sales | | |
| 64-b | 2020 Records of Dog Sales | | |
| 65 | Review from Ian Wortham | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 66 | Assumed Name Certificates with Secretary of State for Elite Network Services | | |
| 67 | Black Belt Certificates | | |
| 68 | Photograph of MMA Championship Belt | | |
| 69 | Texas Private Security Registration (Level 4) | | |
| 70-a | Surveillance Photographs of 2474 Manana Drive, Suite #123 | | |
| 70-b | Photograph of 2474 Manana Drive, Suite #123 | | |
| 71 | Photograph of Workout Area in 2474 Manana Drive | | |
| 72 | Photographs of Studio inside 2474 Manana Drive, Suite #123 after raid | | |
| 73 | 1Bar LLC Certificate of Formation | | |
| 74 | Greenville Ave Speakeasy LLC Certificate of Formation | | |
| 75 | McGuire & Roberts, Inc Certificate of Formation | | |
| 76 | McGuire & Roberts, Inc 2010 Public Information Report | | |
| 77 | Pink Sugar LLC Certificate of Formation | | |
| 78 | Information re: Vanderbilt Wire Transfer | | |
| 79 | Texas License for Motor Vehicle Dealer | | |
| 80 | Group Photo at Manana Shop | | |
| 81 | Public Data Report for LWX5025 | | |
| 82 | Public Data Report for MCT3912 | | |
| 83 | Public Data Report for MLG7878 | | |
| 84 | TLO - Vehicles Registered to 5722 Winton Street & Roberts Elite Group LCC.pdf | | |
| 85 | Photograph of 1964 Lincoln Continental in email | | |
| 86 | Photograph of 1964 Lincoln Continental on street | | |
| 87 | Photograph of Manana shop door after raid | | |
| 88 | Texts between Milan Skoro and Nick Simonds re: Purchase of Truck | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 89-100 | RESERVED | | |
| 101 | Roberts Elite Group, LLC 2018 Tax Returns | | |
| 102 | Roberts Elite Group, LLC 2019 Tax Returns | | |
| 103 | RESERVED | | |
| 104 | RESERVED | | |
| 105 | Checks from Account No. 3313727210 | | |
| 106 | Deposits from Account No. 3313727210 | | |
| 107 | Signature Card from Account No. 3313727210 | | |
| 108 | Statements from Account No. 3313727210 | | |
| 109 | Withdrawals from Account No. 3313727210 | | |
| 110 | Capitol One Statements from Account No. 3313727210 | | |
| 111 | Statements from Account No. 4670112573 - Roberts Elite Group | | |
| 112 | Checks from Account No. 4670112573 - Roberts Elite Group | | |
| 113 | Deposits from Account No. 4670112573 - Roberts Elite Group | | |
| 114 | Signature Cards from Account No. 4670112573 - Roberts Elite Group | | |
| 115 | Withdrawals from Account No. 4670112573 - Roberts Elite Group | | |
| 116 | Signature Card from Account No. 4670112573 - Roberts Elite Group | | |
| 117 | Wire from Account No. 4670112573 - Roberts Elite Group | | |
| 118 | Wire from Account No. 4670112573 - Roberts Elite Group | | |
| 119 | Wires from Account No. 4670112573 - Roberts Elite Group | | |
| 120 | Wires from Account No. 4670112573 - Roberts Elite Group | | |
| 121 | Wires from Account No. 4670112573 - Roberts Elite Group | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 122 | 5152412902945387 Transaction History: February 2020 - July 2020 | | |
| 123 | Capitol One Statements from Account No. 4670112573 - Roberts Elite Group | | |
| 124-129 | RESERVED | | |
| 130 | Voicemails to iPhone XS (0512) | | |
| 131 | 5/21/2020 Inuit Quickbooks Screenshot for Mountain Top Group, LLC | | |
| 132 | Mountain Top Group TLO | | |
| 133 | Mountain Top Group Corporate Filings | | |
| 134-135 | RESERVED | | |
| 136 | 1/23/2020 Invoice from PIVT to Moon Mix | | |
| 137 | 1/23/2020 Invoice from PIVT to Connected International | | |
| 138 | PIVT Business Account Application | | |
| 139 | PIVT Lease | | |
| 140 | PIVT OpenCorporates Page | | |
| 141 | Correspondence from Stolite Enterprises to PIVT | | |
| 142 | IsoKlean Preferred Vendors List | | |
| 143 | Nick Simonds Phone Note re: Pro Vac/PIVT Tax Discussion | | |
| 144 | Nick Simonds Phone Note re: PIVT Info | | |
| 145 | Photos of Business Boards | | |
| 146 | PIVT Corporate Filings | | |
| 147-150 | RESERVED | | |
| 151 | Screenshot of "Startup Checklist" 12-12 | | |
| 152 | Screenshot of Pro Vac Credit Card Info | | |
| 153 | Pro Vac Citibank Welcome Letter | | |
| 154 | Shipping and Delivery Documentations addressed to Nick Simonds | | |
| 155 | Hemptech Services Website | | |
| 156 | Klersun Extractions Website | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 157 | "What Does the Hemp-CBD Market Look Like from the Processors' Perspective?" Hemp Benchmarks Article – September 15th 2021. | | |
| 158 | TruePeople Search Results for (214) 457-0512 | | |
| 159 | Text Messages between Eric Roberts and Leslie Donovan | | |
| 160 | 4/26/2018 texts between Nicholas Simonds and Milan Skoro | | |
| 161 | 9/21/2017 Creation of "Donnie Blanco" in Nick Simond's Contact List | | |
| 162 | 3/16/2018 screenshot of text message from Nicholas Simonds' iPhone | | |
| 163 | 5/7/2018 screenshot of text message from "Whale" from Nicholas Simonds' iPhone | | |
| 164 | 5/2/2018 screenshot of text message from "Austin Fielding" in Nicholas Simonds' iPhone | | |
| 165 | 6/29/2019 Text message from Caleb Richmond to Nick Simonds | | |
| 166 | 7/10/2019 text message from "Lorena" to Nick Simonds | | |
| 167 | 8/27/2019-8/28/2019 WhatsApp Correspondence between Nick Simonds and Alex Alejandro | | |
| 168 | 9/4/2019 screenshot of email between Nick Simonds and Ashley Evans from Nicholas Simonds' iPhone | | |
| 169 | 9/20/2019 screenshot of note from Nicholas Simonds' iPhone re: Jarytherm | | |
| 170 | 9/28/2019 screenshot of text message from "Grant" from Nicholas Simonds' iPhone | | |
| 171 | 11/10/2019 text message from Nick Simonds to Caleb Richmond | | |
| 172 | 11/18/2019 Text from Milan Skoro to Nick Simonds | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 173 | 3/28/2019 screenshot of email between Schoonover, Nick Simonds and Milan Skoro | | |
| 174 | 9/3/2019 screenshot of email from Chemtech services to Milan Skoro | | |
| 175 | 9/23/2019 screenshot of email from "Holly" to Milan Skoro, Nick Simonds, and "Cary" | | |
| 176 | 4/26/2018 text from Milan Skoro to Nick Simonds | | |
| 177 | 8/14/2019 text message between Caleb Richmond from Nicholas Simonds' iPhone | | |
| 178 | 9/25/2019 text message between Caleb Richmond from Nicholas Simonds' iPhone | | |
| 179 | 10/1/2019 screenshot of email from Nicholas Simonds' iPhone from gbrown@chemtechservices.com | | |
| 180 | 10/11/2019 screenshot email "Quote for Tilray" | | |
| 181 | 10/11/2019 screenshot of email "Quote for Tilray" | | |
| 182 | 10/11/2019 screenshot of email "Quote for Tilray" | | |
| 183 | 10/14/2019 screenshot of text message from "Luke" from Nicholas Simonds' iPhone | | |
| 184 | 10/14/2019 screenshot of text message from "Luke" from Nicholas Simonds' iPhone | | |
| 185 | 10/28/2019 text screenshot of text message between Milan Skoro from Nicholas Simonds' iPhone | | |
| 186 | 11/6/2019 text message between Milan Skoro from Nicholas Simonds' iPhone re: shipping | | |
| 187 | 11/10/2019 text message from Nick Simonds to Caleb Richmond | | |
| 188 | 11/15/2019 screenshot of Nicholas Simonds contact information on iPhone X and Abigail Simonds' Macbook | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 189 | 12/16/2019 screenshot of text messages with Jay and Milan from Nicholas Simonds' iPhone | | |
| 190 | 12/16/2019 screenshot of text messages with Jay and Milan from Nicholas Simonds' iPhone | | |
| 191 | 1/16/2020 text message from Nick Simonds to "Andrew" | | |
| 192 | 2/5/2020 screenshot of email from "Jay PIVT CA" from Nick Simond's phone | | |
| 193 | 2/18/2020 screenshot of text message from "maybe" Mike Hopson from Nicholas Simonds' iPhone | | |
| 194 | 2/21/2020 Signal messages between Nick Simonds and Than Hau | | |
| 195 | 2/23/2020 screenshot of text message from 817-318-7693 from Nicholas Simonds' iPhone | | |
| 196 | 2/28/2020 photo of business planning whiteboard from Nicholas Simonds' iPhone | | |
| 197 | 2/15/2020 Text Message from Nick Simonds to "Luke" | | |
| 198 | 3/18/2020 screenshot of email from Jay to Nick, Milan and Caleb | | |
| 199 | 2/5/2020 screenshot of email from Jay, "Zev," Milan and Nick | | |
| 200 | 3/9/2020 Text Message from Nick Simonds to "Theresa" | | |
| 201 | 8/5/2020 Text Messages between Eric and Cinnamon Roberts | | |
| 202 | 4/17/2020 screenshot of text message from John Davidson from Nicholas Simonds' iPhone | | |
| 203 | 4/23/2020 screenshot of text message from "AH" from Nicholas Simonds' iPhone | | |
| 204 | 5/8/2020 screenshot of email from Billy Beatty from Nicholas Simonds' iPhone | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 205 | 5/13/2020 screenshot of text message between "Travis" from Nicholas Simonds' iPhone | | |
| 206 | 5/13/2020 Text Message from "Jason" to Nick Simonds | | |
| 207 | Email from Octave Labs to Nick Simonds | | |
| 208 | 5/13/2020 Text message from Grant Brothers to Nick Simonds | | |
| 209 | 5/18/2020 screenshot of text message with "El Churro" from Nicholas Simonds' iPhone | | |
| 210 | 5/26/2020 screenshot of Klersun Extractions Invoice from Nicholas Simonds' iPhone | | |
| 211 | 12/9/2019 screenshot of email from Chemtech from Nicholas Simonds' iPhone | | |
| 212 | 6/2/2020 screenshot of text message from "Jason," Grant Brothers, and "Chris" from Nicholas Simonds' iPhone | | |
| 213 | 6/2/2020 screenshot of text message between Jason and Chris Bourne from Nicholas Simonds' iPhone | | |
| 214 | 6/3/2020 screenshot of text message from "Ryan" from Nicholas Simonds' iPhone | | |
| 215 | 6/3/2020 screenshot of text message from Mike Hopson, Jason, and (possibly) Chris Bourne from Nicholas Simonds' iPhone | | |
| 216 | 6/8/2020 Text Message from Grant Brothers to Nick Simonds | | |
| 217 | 6/9/2020 screenshot of text message from "Sam" from Nicholas Simonds' iPhone | | |
| 218 | 6/9/2020 screenshot of text message from Nicholas Simonds' iPhone | | |
| 219 | 6/10/2020 screenshot of text message from "Sam" from Nicholas Simonds' iPhone | | |
| 220 | 6/11/2020 screenshot of text message  from "Ryan" from Nicholas Simonds' iPhone | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 221 | 6/17/2020 screenshot of email from Cary Peters Nicholas Simonds' iPhone | | |
| 222 | 6/18/2020 screenshot of text message from Mike Hopson from Nicholas Simonds' iPhone | | |
| 223 | 6/18/2020 screenshot of text message from "Jason" Nicholas Simonds' iPhone | | |
| 224 | 6/20/2020 screenshot of text message from "Jason" and 9719901169 from Nicholas Simonds' iPhone | | |
| 225 | 6/20/2020 screenshot of text message from "Jason" and 9719901169 from Nicholas Simonds' iPhone | | |
| 226 | 6/21/2020 screenshot of text message from "Jason" from Nicholas Simonds' iPhone | | |
| 227 | 6/21/2020 screenshot of text message from "Jason" and 9719901169 from Nicholas Simonds' iPhone | | |
| 228 | 6/21/2020 screenshot of text message with "Samantha" and Mike Hopson from Nicholas Simonds' iPhone | | |
| 229 | 6/21/2020 screenshot of text message from 9719901169 Nicholas Simonds' iPhone | | |
| 230 | 6/21/2020 screenshot of text messages with Mike Hopson and "Samantha" from Nicholas Simonds' iPhone | | |
| 231 | 7/2/2020 screenshot of email from Chemtech services to Milan Skoro from Nicholas Simonds' iPhone | | |
| 232 | 7/13/2020 screenshot of text from Jay on Nick Simond's phone | | |
| 233 | 7/15/2020 photo re: "Jarys," "Curaleaf," from Nicholas Simonds' iPhone | | |
| 234 | 7/20/2020 screenshot of text message from "Andrew F" from Nicholas Simonds' iPhone | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 235 | 7/22/2020 Instagram messages between Nick Simonds and www.theblacklist.xyz | | |
| 236 | Screenshot of theblacklist from Nicholas Simonds' iPhone | | |
| 237 | 7/30/2020 screenshot of message from Jay on Nick Simond's phone | | |
| 238 | 7/23/2020-8/5/2020 Text messages between Mark Victory from Nicholas Simonds' iPhone | | |
| 239 | 7/29/2020 - 8/3/2020 chats between Jay Horten from Nicholas Simonds' iPhone | | |
| 240 | 8/3/2020 Text Messages between Milan Skoro from Nicholas Simonds' iPhone re: safe and car title | | |
| 241 | 8/4/2020 Text Messages between Ryan Sholes and Nick re: CBD | | |
| 242 | 8/5/2020 text Messages between Nick Simonds and John D Davidson | | |
| 243 | Text messages between Nick Simonds, Milan Skoro, and Jay Horten | | |
| 244 | 7/30/2020 screenshot of message from Jay on Nicholas Simonds' iPhone | | |
| 245 | 6/15/2020 WhatsApp messages between Nick Simonds and 44 7368 538042 | | |
| 246 | Nick Simonds Signal Contacts | | |
| 247 | Contact information re: Wickham Simonds in Item 91 Cellebrite | | |
| 248 | Voice Mail List of Nicholas Simonds | | |
| 249 | Chat messages between Caleb Richmond from Nicholas Simonds' iPhone | | |
| 250 | Text messages between Nick Simonds, Milan Skoro, and Jay Horten | | |
| 251 | Text messages between Scott Flora and Nicholas Simonds | | |
| 252 | 3/16/2020 text message from Paul Seward to Nick Simonds re: Credit Card information | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 253 | 8/4/2020 text message between Paul Seward from Nicholas Simonds' iPhone re: Canines | | |
| 254 | Text messages between Nick Simonds and Paul Seward | | |
| 255 | Text Messages between Nick Simonds and parties re: Paul Deward arrest | | |
| 256 | Text Message from Kyle Seward to Nick Simonds | | |
| 257 | Text Messages between Nick Simonds and "Bail Bondsman" | | |
| 258 | Text messages Between Nick Simonds and George Smith | | |
| 259 | SMS between Nicholas Simonds and Marcus Capone | | |
| 260-a | SMS Messages Between Nick Simonds and Eric Roberts | | |
| 260-b | SMS Messages Between Nick Simonds and Eric Roberts | | |
| 261 | Text Messages between Eric Roberts and Rob W | | |
| 262 | Text Messages between Eric Roberts and Matt Waddell | | |
| 263 | Text Messages between Eric Roberts and Bryan Alexander | | |
| 264 | Text Messages between Eric Roberts and Abby Simonds | | |
| 265 | Signal Messages Between Nick Simonds and 2144492330 (2148868757) | | |
| 266 | 1/14/2016 Recording re: Cannabis Business on Nicholas Simonds' iPhone | | |
| 267 | 4/15/2018 Recording Pt 1 re: Drug Deal on Nicholas Simonds' iPhone | | |
| 268 | 3/10/2020 Voicemail to Nicholas Simonds | 725 | |
| 269 | 6/12/2019 Recording re: Cannabis Business on Nicholas Simonds' iPhone | | |
| 270 | 9/10/2019 Voice mail from 18586959514 to Nick Simonds | | |
| 271 | 9/12/2019 Voice mail from 14804037200 to Nick Simonds | | |
| 272 | 9/25/2019 Voice mail from ??? to Nick Simonds | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 273 | 12/3/2019 Voice mail from 18173282554 to Nick Simonds | | |
| 274 | 12/3/2019 Voice mail from 14692255649 to Nick Simonds | | |
| 275 | 12/13/2019 Voice mail from 19858760131 to Nick Simonds | | |
| 276 | 1/2/2020 Voice mail from "Gabby" to Nick Simonds | | |
| 277 | 1/23/2020 Voice mail from Carrie Peters to Nick Simonds | | |
| 278 | 1/30/2020 Voice mail from Caleb to Nick Simonds | | |
| 279 | 1/31/2020Voice mail from Caleb to Nick Simonds | | |
| 280 | 2/3/2020 Voice mail from Alex Zabala to Nick Simonds | | |
| 281 | 2/4/2020 Voice mail from Alex Zabala to Nick Simonds | | |
| 282 | 2/4/2020 Voice mail from Alex Zabala to Nick Simonds | | |
| 283 | 2/6/2020 Voice mail from Carrie Peters to Nick Simonds | | |
| 284 | 2/10/2020 Voice mail from 3044887015 to Nick Simonds | | |
| 285 | 2/12/2020 Voice mail from Will Cook to Nick Simonds | | |
| 286 | 2/18/2020 Voice mail from 18178817653 to Nick Simonds | | |
| 287 | 2/18/2020 Voice mail from 19419539663 to Nick Simonds | | |
| 288 | 2/25/2020 Voice mail from Shaun to Nick Simonds | | |
| 289 | 2/25/2020 Voice mail from 14156476990 to Nick Simonds | | |
| 290 | 2/26/2020 Voice mail from Caleb to Nick Simonds | | |
| 291 | 2/26/2020 Voice mail from 15102696271 to Nick Simonds | | |
| 292 | 2/27/2020 Voice mail from 16416602428 to Nick Simonds | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 293 | 3/3/2020 Voice mail from 8776233348 to Nick Simonds | | |
| 294 | 3/6/2020 Voice mail from Sean Ragle to Nick Simonds | | |
| 295 | 3/9/2020 Voice mail from 18166783023 to Nick Simonds | | |
| 296 | 3/10/2020 Voice mail from 18166783023 to Nick Simonds | | |
| 297 | 3/16/2020 Voice mail from 8776860680 to Nick Simonds | | |
| 298 | 3/17/2020 Voice mail from Jerry Boyle to Nick Simonds | | |
| 299 | 3/18/2020 Voice mail from Billy Beatty to Nick Simonds | | |
| 300 | 4/7/2020 Voice mail from 17326366700 to Nick Simonds | | |
| 301 | 4/23/2020 Voice mail from Caleb to Nick Simonds | | |
| 302 | 4/27/2020 Voice mail from Dave Decoste to Nick Simonds | | |
| 303 | 5/1/2020 Voice mail from 16824046481 to Nick Simonds | | |
| 304 | 5/4/2020 Voice mail from 18287348019 to Nick Simonds | | |
| 305 | 5/5/2020 Voice mail from Chris Bourne to Nick Simonds | | |
| 306 | 5/8/2020 Voice mail from 18172984154 to Nick Simonds | | |
| 307 | 5/26/2020 Voice mail from 19096057090 to Nick Simonds | | |
| 308 | 6/2/2020 Voice mail from 7326366700 to Nick Simonds | | |
| 309 | 6/2/2020 Voice mail from 5125080565 to Nick Simonds | | |
| 310 | 6/12/2020 Voice mail from 9096057090 to Nick Simonds | | |
| 311 | 6/22/2020 Voice mail from Jay to Nick Simonds | | |
| 312 | 7/2/2020 Voice mail from John Moats to Nick Simonds | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 313 | 7/9/2020 Voice mail from Kevin to Nick Simonds | | |
| 314 | 7/21/2020 Voice mail from Elizabeth from California All Steel to Nick Simonds | | |
| 315 | 7/23/2020 Voice mail from Shale Flora to Nick Simonds | | |
| 316 | 7/16/2020 Voice mail from Elizabeth with California All Steel to Nick Simonds | | |
| 317 | 7/17/2020 Voice mail from 17209370329 to Nick Simonds | | |
| 318 | 7/23/2020 Voice mail from 16309953202 to Nick Simonds | | |
| 319 | 3/11/2020 Voice Mail to Nick Simonds | | |
| 320 | 3/14/2020 Voice Mail to Nick Simonds | | |
| 321 | Screenshot of chemicals used in the Cannabis Industry | | |
| 322 | Nick Simonds list of nicknames associated with phone | | |
| 323 | Blueprints for Grow House created for Nick Simonds | | |
| 324 | Nick Simonds Rentspree Application | | |
| 325 | Notes from Nicholas Simonds' Phone | | |
| 326-a | Images Report from Nicholas Simonds' Samsung J7 Phone | | |
| 326-b | Notes Screenshots from Nick Simonds' Samsung J7 Phone | | |
| 327 | 9/11/2020 Surveillance Notes of Nicholas Simonds | | |
| 328 | Nicholas Simonds Business Affiliations | | |
| 329 | Nicholas Simonds' Driver's License | | |
| 330 | 7/21/2020 Text messages between Nicholas Simonds, Jay Horten, and "John" | | |
| 331 | 2/1/2020-2/14/2020 Text messages between Nicholas Simonds and "Clarion Extracts" | | |

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

| | | | |
|---|---|---|---|
| 332 | 7/29/2020 Text messages between Nicholas Simonds, Jay Horten and "Shawn(8182590942)" | | |
| 333-340 | RESERVED | | |
| 341 | 9/23/2019 screenshot of 9/23/2019 Email from Abigail Simonds to Nick Simonds, Caleb Richmond, and Jay Horten | | |
| 342 | Signal Messages between Abigail Simonds from Nicholas Simonds' iPhone | | |
| 343 | Video of Nick Simonds opening safe | | |
| 344 | 7/22/2020 Text messages from Abby Simonds to Nicholas Simonds | | |
| 345 | Sales and Shipping Receipts from The Safe Company | | |
| 346 | Arrive Logistics invoice - John Simonds III | | |
| 347 | Vindex Group LLC Open Corporates Page | | |
| 348 | Vindex Group Corporate Filings | | |
| 349 | RESERVED | | |
| 350 | Milan Skoro Bizapedia Page | | |
| 351 | The Union: Honey oil lab faulted in Browns Valley fire | | |
| 352 | PEOPLE VS. SKORO, MILAN DAVID case information | | |

Respectfully Submitted,

*/s/ Tom Mills*
Thomas W. Mills, Jr.
State Bar No. 14167500
3131 McKinney Ave. Suite 800
Dallas, TX 75204
Phone: 214-740-9955
Fax: 214-740-9912
Email: tmills@tmcriminallaw.com
Attorney for the Defendant

DEFENDANT ERIC ROBERTS' SECOND AMENDED EXHIBIT LIST

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of this Motion was served electronically via the CM/ECF system to the Assistant United States Attorney, Ernest Gonzalez, on the 17th day of January, 2023.

            */s/ Tom Mills*
            Thomas W. Mills, Jr.